# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANNIE PETERSON,<br>    Plaintiff, | Case No. 1:21-cv-609<br>Litkovitz, M.J. |
| v. | |
| THE LAURELS OF HUBER HEIGHTS,<br>    Defendant. | **ORDER** |

The Court conducted a final pretrial conference in this matter on July 6, 2023. During the conference, defendant made an oral motion to extend the trial date. Following discussion with counsel for both parties, the Court hereby **ORDERS** as follows:

1. Defendant's oral motion for an extension of the trial date is **GRANTED**. Trial in this matter will commence **Monday, February 12, 2024, at 9:30 a.m.**

2. The parties must engage in mediation before a jointly selected mediator as soon as practicable.

3. A telephone status conference is scheduled for **Friday, September 1, 2023, at 2:00 p.m.** Counsel shall call 1-877-336-1839 to participate in the telephone conference. The conference access code is 9003349, and the security code is 1000.

**IT IS SO ORDERED.**

Date: 7/6/2023

Karen L. Litkovitz
United States Magistrate Judge