# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANNIE PETERSON,<br>    Plaintiff, | Case No. 1:21-cv-609<br>Litkovitz, M.J. |
| v. | |
| THE LAURELS OF HUBER HEIGHTS, LLC,<br>    Defendant. | **ORDER** |

The Court conducted a status conference on March 29, 2024. During the conference, the parties made a joint oral motion to continue the trial in this matter. The motion is **GRANTED**. Trial in this matter will commence **Tuesday, July 30, 2024, at 9:30 a.m**. Proposed jury instructions must be submitted to the Court no later than **Tuesday, July 23, 2024**. The Court will conduct a telephonic status conference on **July 5, 2024, at 3:00 p.m**.

    **IT IS SO ORDERED.**

Date: 3/29/2024

Karen L. Litkovitz
United States Magistrate Judge