# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ANNIE PETERSON, | Case No. 1:21-cv-609 |
|     Plaintiff, | (Consent Case ; Litkovitz, M.J.) |
|         v. | |
| THE LAURELS OF HUBER HEIGHTS, LLC, | |
|     Defendant. | |

## ORDER

The Court, having been advised that after settlement negotiations that the parties have reached a settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice.   It is provided that any of the parties may, upon good cause shown within FIVE (5) MONTHS from the date of this Order reopen the action if settlement is not consummated.   The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date 7/8/2024

Karen L. Litkovitz
United States Magistrate Judge